**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2218**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

EDWARD R. ZINNER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:14-cv-00399-RGD-TEM)

Submitted: June 23, 2015          Decided: July 2, 2015

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin D. Miller, LAW OFFICES OF MARVIN D. MILLER, Alexandria, Virginia; Louis Napoleon Joynes, II, JOYNES & GAIDIES, Virginia Beach, Virginia, for Appellant. Dana J. Boente, United States Attorney, Mark A. Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Zinner appeals from the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record included on appeal, as well as the parties' briefs, and find no error in the district court's ruling. Accordingly, we affirm for the reasons stated by the district court. United States v. Zinner, No. 2:14-cv-00399-RGD-TEM (E.D. Va. Oct. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED